# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | | |
|---|---|---|
| **SARAH J. SINEATH,** | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 7:04-cv-121(HL) |
| **AIG/AMERICAN GENERAL LIFE AND ACCIDENT INSURANCE COMPANY,** | : | |
| Defendant. | : | |

## ORDER

By Joint Motion entered February 28, 2005 [Tab 15], the parties requested that the Court dismiss this action without prejudice. Since Plaintiff is proceeding pro se, the Court wishes to inform Plaintiff of the consequences if the Court were to grant the request.

Before filing suit in this Court on October 27, 2004, Plaintiff received a Dismissal and Notice of Rights letter from the EEOC dated September 29, 2004. (Compl., Attach.) The Notice of Rights letter informed Plaintiff that she was required to file her lawsuit within 90 days of receipt of the letter. Plaintiff complied with the 90-day provision and timely filed suit.

Over 90 days have elapsed since Plaintiff's receipt of the Notice of Rights letter from the EEOC. Therefore, even though Plaintiff initially timely filed suit, if the Court were to dismiss this suit, even though without prejudice, any attempt by Plaintiff to pursue her claims in a refiled suit may be untimely. *See* Minette v. Time Warner, 997 F.2d 1023, 1027 ($2^d$ Cir. 1993); Brown

v. Hartshorne Public Sch. Dist., 926 F.2d 959, 961 (10th Cir. 1991); Price v. Digital Equip. Corp., 846 F.2d 1026, 1027 (5th Cir. 1988).  Thus, if Plaintiff is seeking to dismiss her case at this time with an eye toward refiling it in the future, she should be advised that her claim might be barred once dismissed.

Since Plaintiff is pro se, the Court will allow her the opportunity to withdraw her request to dismiss her case.  The Court directs Plaintiff to advise the Court in writing by no later than twenty days from the date of entry of this Order if she wishes to withdraw her motion to dismiss. If no timely notice is received from Plaintiff advising that she wishes to withdraw her motion to dismiss, the Joint Motion to Dismiss shall be deemed granted, and the Clerk will thereafter enter an order of dismissal without prejudice.

**SO ORDERED**, this the 18th day of April,  2005.


s/ Hugh Lawson
**HUGH LAWSON, JUDGE**

mls