IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| SARAH J. SINEATH, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| vs. | § | Case No. 7:04-CV-121 |
| | § | |
| AIG/AMERICAN GENERAL LIFE AND ACCIDENT INSURANCE COMPANY, | § § § | |
| | § | |
| *Defendant*. | § | |

## ORDER OF DISMISSAL

On February 28, 2005, the parties, by Joint Motion, requested that the Court dismiss this action without prejudice. On April 18, 2005, this Court issued an Order directing the Plaintiff to advise the Court, in writing, no later than twenty (20) days if she wished to withdraw her Motion to Dismiss. The Court's April 18, 2005 Order specifically stated: "If no timely notice is received from Plaintiff advising that she wishes to withdraw her motion to dismiss, the Joint Motion to Dismiss shall be deemed granted, and the Clerk will thereafter enter an order of dismissal without prejudice."

Plaintiff did not advise the Court that she wished to withdraw her Motion to Dismiss. Accordingly, it is hereby ORDERED, ADJUDGED, AND DECREED that this case is DISMISSED WITHOUT PREJUDICE.

**SO ORDERED** this the 12th day of October, 2005.


                                                    **s/ Hugh Lawson**
                                                    HUGH LAWSON, JUDGE

Prepared by:

**s/Kenan G. Loomis**
Georgia Bar No. 457865
SMITH MOORE LLP
One Atlantic Center
1201 West Peachtree Street
Suite 3700
Atlanta, GA  30309
Telephone:  (404) 962-1036
Fax:  (404) 962-1245
E-mail:  kenan.loomis@smithmoorelaw.com